IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ANDREW SAMUEL DUNN,

        Petitioner,

v.

GARY KILMER, Superintendent,
Oregon State Correctional Institution,

        Respondent.

Case No. 3:09-cv-06341-BR

JUDGMENT

BROWN, Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is dismissed.

    The Court DENIES a certificate of appealability as Petitioner has not made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2).

    DATED this 1st day of August, 2011.

                                      ANNA J. BROWN
                                      United States District Judge